# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

142696

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KATHY D. DALLAIRE, Personal
Representative of the Estate of GREGG
ALLEN DALLAIRE, Deceased,
          Plaintiff-Appellee,

v

TREATMENT WORKS, INC; KAREN M.
MOORE; VERONA MORTON; NDUBISI
EZE IZIMA; IMOGENE RUFFIN; ALEKSANDRA
JASINSKI; DAVID E. MOORE; and THE
ESTATE OF BARTON W. MORRIS,
          Defendants-Appellants.

SC:   142696
COA: 292971
Ingham CC:  08-001494-NH

_____/

On order of the Court, the application for leave to appeal the December 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

h0620